No. 95–7996. FORD *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. 

No. 95–8003. SARTIN *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 95–8018. BUTLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 95–8020. BAPTISTE *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–8036. HAMILL *v.* FERGUSON, WARDEN, ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 95–8037. FELTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 95–8046. SAUNDERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 95–8048. AKECH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 95–8050. RELIFORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8051. RELIFORD *v.* SCOTT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 95–8070. DIXON *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. 

No. 95–8099. SHELTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 95–8100. BYRD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 95–8104. JENNINGS *v.* UNITED STATES; and
No. 95–8109. JENNINGS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 72 F. 3d 887.

No. 95–8106. MATTHEWS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.